Case 3:05-cv-04945-MJJ   Document 10-1   Filed 01/26/2006   Page 1 of 5

E-filing

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

FILED
JAN 3 0 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

FRED ALEXANDER, JR., STANLEY SPARKS, JOSEPH GARZA, DENZILE EVANS, PHILIP THORNBURG,

Plaintiffs,

vs.

LOCKHEED MARTIN CORPORATION, MCDONNELL DOUGLAS CORPORATION, GENERAL ELECTRIC COMPANY, and DOES 1-300,

Defendants.

No. C05-4945 MJJ

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT ~~DEADLINE AND~~ CONFERENCE, AND TO EXTEND TIME; ~~[PROPOSED ORDER~~ ~~IN THE~~ ALTERNATIVE] ORDER TO CONTINUE

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2), for the following good cause:

On January 3, 2006, Defendant MCDONNELL DOUGLAS CORPORATION filed Document 7, a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

//

1        On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 14097. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

        The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

        The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

        However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

        It is likely the dates set forth in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2), including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass before the Clerk of the JPML acts.

        In addition, it has come to the attention of counsel that the Judge assigned to hear the cases pending in MDL 875, the Honorable Charles R. Weiner of the Eastern District of Pennsylvania, has recently passed away and that the Clerk of that Court has reported a backlog in cases transferred to that Court by the MDL panel.

        The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

//

1     Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
2 and respectfully request the Court VACATE its *Order Setting Initial Case Management*
3 *Conference* filed November 30, 2005 (Document 2) and that the Court issue an Order STAYING
4 this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

5     In the alternative, the parties hereby STIPULATE to and respectfully request that the
6 dates set forth in the *Order Setting Initial Case Management Conference* filed November 4, 2005
7 (Document 2), be vacated and continued pending the outcome of the JPML's decision on the
8 merits of the transfer. Specifically, these deadlines include the **February 14, 2006** deadline to
9 meet and confer, and file Joint ADR Certification, the **February 28, 2006** Deadline to complete
10 Initial Disclosures, the **February 28, 2006** deadline to file the Joint Case Management
11 Statement and the Case Management Conference currently set for **March 7, 2006.**

12 Dated: January 19, 2006                                  BRAYTON❖PURCELL LLP

13                                                             /s/ David R. Donadio

14
15                                    By: _____
                                              David R. Donadio
16                                               Attorneys for Plaintiffs

17 Dated: January 23, 2006                                 SEDGWICK, DETERT, MORAN & ARNOLD, LLP
18
                                              /s/ Damon McClain
19
20                                    By: _____
                                              Damon McClain
                                              Attorneys for Defendant
21                                               GENERAL ELECTRIC COMPANY

22 Dated: January 24, 2006                                 BRYAN CAVE LLP

23                                               /s/ Paul Levin

24                                    By: _____
                                              Paul Levin
25                                               Attorneys for Defendant McDONNELL DOUGLAS CORPORATION
26

27 //
28 //

Dated: January 23, 2006                           KNOTT & GLAZIER LLP

/s/ Laura Patricia Yee

By: _____
Laura Patricia Yee
Attorneys for LOCKHEED MARTIN
CORPORATION

[PROPOSED] ORDER TO STAY

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2) are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

Dated: _____

_____
Martin J. Jenkins
United States District Court Judge

[PROPOSED ALTERNATIVE] ORDER TO CONTINUE

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2) are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after July 1, 2006 to wit:] _____, 2006;

2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date on or after July 1, 2006 to wit:] _____, 2006;

3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date on or after July 1, 2006 to wit:] _____, 2006; and

1  //

2     4.    The Case Management Conference is [~~set for a date on or after July 1, 2006 to~~
3 ~~wit:~~] Tuesday, July 11 2006 at 2:00 p.m., Courtroom 11, 19th Floor, 450 Golden
4 Gate Avenue, San Francisco, California.
5 Dated: 1/30/2006

6
7                                           Martin J. Jenkins
                                          United States District Court Judge

Case 3:05-cv-04945-CRB   Document 11   Filed 01/30/06   Page 6 of 8
01/23/2006 16:00 FAX 415 871 2635                                    ☐004/010
Case 3:05-cv-04945-MJJ   Document 10-2   Filed 01/26/2006   Page 1 of 3

1  Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
2  and respectfully request the Court VACATE its *Order Setting Initial Case Management*
3  *Conference* filed November 30, 2005 (Document 2) and that the Court issue an Order STAYING
4  this action pending the outcome of the MDL Panel's decision on the merits of the transfer.
5  In the alternative, the parties hereby STIPULATE to and respectfully request that the
6  dates set forth in the *Order Setting Initial Case Management Conference* filed November 4, 2005
7  (Document 2), be vacated and continued pending the outcome of the JPML's decision on the
8  merits of the transfer. Specifically, these deadlines include the **February 14, 2006** deadline to
9  meet and confer, and file Joint ADR Certification, the **February 28, 2006** Deadline to complete
10 Initial Disclosures, the **February 28, 2006** deadline to file the Joint Case Management
11 Statement and the Case Management Conference currently set for **March 7, 2006.**
12 Dated: _____          BRAYTON❖PURCELL LLP
13
14
                                   By: _____
15                                     David R. Donadio
                                       Attorneys for Plaintiffs
16
17 Dated: 1-23-06                   SEDGWICK, DETERT, MORAN &
                                    ARNOLD, LLP
18
19
                                   By: _____
20                                     Damon McClain
                                       Attorneys for Defendant
21                                     GENERAL ELECTRIC COMPANY
22 Dated: _____          BRYAN CAVE LLP
23
24
                                   By: _____
25                                     Paul Levin
                                       Attorneys for Defendant McDONNELL
26                                     DOUGLAS CORPORATION
27 //
28 //

K:\Injured\106920\slip.cont.(FED)10 Alexander et al.wpd                        3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER – C05-4945 MJJ

Case 3:05-cv-04945-CRB   Document 11   Filed 01/30/06   Page 7 of 8
01/23/2006 05:25 FAX                                                                    ☒005
Case 3:05-cv-04945-MJJ   Document 10-2   Filed 01/26/2006   Page 2 of 3

Dated: 1/23/06

KNOTT & GLAZIER LLP

By: _____
Laura Patricia Yee
Attorneys for LOCKHEED MARTIN CORPORATION

[PROPOSED] **ORDER TO STAY**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2) are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

Dated: _____

Martin J. Jenkins
United States District Court Judge

[PROPOSED ALTERNATIVE] **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed November 30, 2005 (Document 2) are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is set for a date on or after July 1, 2006 to wit: _____, 2006;

2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is set for a date on or after July 1, 2006 to wit: _____, 2006;

3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is set for a date on or after July 1, 2006 to wit: _____, 2006; and

Case 3:05-cv-04945-CRB   Document 11   Filed 01/30/06   Page 8 of 8
01/24/2006 18:33 FAX 310 576 2200   BRYAN CAVE LLP                              ☒002
Case 3:05-cv-04945-MJJ   Document 10-2   Filed 01/26/2006   Page 3 of 3

1  Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
2  and respectfully request the Court VACATE its *Order Setting Initial Case Management*
3  *Conference* filed November 30, 2005 (Document 2) and that the Court issue an Order STAYING
4  this action pending the outcome of the MDL Panel's decision on the merits of the transfer.
5  In the alternative, the parties hereby STIPULATE to and respectfully request that the
6  dates set forth in the *Order Setting Initial Case Management Conference* filed November 4, 2005
7  (Document 2), be vacated and continued pending the outcome of the JPML's decision on the
8  merits of the transfer. Specifically, these deadlines include the **February 14, 2006** deadline to
9  meet and confer, and file Joint ADR Certification, the **February 28, 2006** Deadline to complete
10 Initial Disclosures, the **February 28, 2006** deadline to file the Joint Case Management
11 Statement and the Case Management Conference currently set for **March 7, 2006.**

12 Dated: _____                    BRAYTON❖PURCELL LLP

15                                           By: _____
                                                  David R. Donadio
                                                  Attorneys for Plaintiffs

17 Dated: _____                    SEDGWICK, DETERT, MORAN &
                                             ARNOLD, LLP

20                                           By: _____
                                                  Damon McClain
                                                  Attorneys for Defendant
21                                                GENERAL ELECTRIC COMPANY

22 Dated: 1/24/06                            BRYAN CAVE LLP

24                                           By: _____
                                                  Paul Levin
25                                                Attorneys for Defendant McDONNELL
                                                  DOUGLAS CORPORATION

27 //
28 //

K:\Injured\104920\stip cont (FED)10 Alexander et al).wpd        3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER – C05-4945 MJJ