BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ALEXANDER, JR., et al., | No. 3:05-cv-04945- CRB |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |
| vs. | |
| LOCKHEED MARTIN CORPORATION, *et al.*, | |
| Defendants. | |
| In Re: STANLEY SPARKS | |

**IT IS SO ORDERED**. All claims against all Defendants in the STANLEY SPARKS case only, are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 24, 2014        By: _____
                                Charles R. Breyer
                                United States District Judge

1
ORDER GRANTING PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION