**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ALEXANDER, JR., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> LOCKHEED MARTIN CORPORATION, *et al.*, <br><br> Defendants. <br><br> In Re: **FRED ALEXANDER, JR.** <br> **JOSEPH GARZA** <br> **DENZILE EVANS** | No. 3:05-cv-04945-CRB <br><br> **ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 25, 2016              By: _[signature]_
                                       Charles R. Breyer
                                       United States District Judge

1
ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE